UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 10-10299-MLW |
| ) | |
| ) | |
| THEODORE GAMBLE           ) | |

### STATUS REPORT ON JAMAICA PLAIN LAB ISSUES

The parties in this case are both in receipt of the Inspector General's Report. They have conferred and propose the following briefing schedule to address the issues in that Report and the merits of the 2255 Motion already on file:

1. Counsel for the defendant asks that he be permitted to supplement the 2255 Motion already on file on or before June 23, 2014.

2. Counsel for the government proposes to respond to the 2255 (as supplemented) on or before August 23, 2014. The dates proposed reflect the large number of such motions that the undersigned have to deal with, that the defendant has already served his sentence in this case, and is presently on

*Allowed and So Ordered.*
*Wolf, D.J.*
*June 7, 2014*